**No. 62699.**—Peter F. Bollenbach *v.* United States, protest 272621–K/7625 (Chicago).

Opinion by Lawrence, J. In accordance with oral stipulation of counsel that the barometer movements in issue are machines, not specially provided for, the claim of the plaintiff was sustained.